# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HOHMAN, <u>et</u> <u>al.</u>, : | |
|     Plaintiffs : | No. 1:17-cv-01461 |
| : | |
| v. : | (Judge Kane) |
| : | |
| MAYOR AND : | |
| CITY COUNSEL OF : | |
| OF BALTIMORE, <u>et</u> <u>al.</u>, : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 17th day of November 2017, upon consideration of Defendants Mayor and City Counsel of Baltimore and Baltimore Police Department's motions to dismiss (Doc. Nos. 10, 11), **IT IS ORDERED THAT** Defendants' motions are **GRANTED**. The Clerk of Court is directed to **TERMINATE** Defendants Mayor and City Counsel of Baltimore, Baltimore City Police Department, and Anthony W. Batts from the caption of this action.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania