UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HOHMAN, SR., ET AL, | : |
| Plaintiff | : |
| | :    CIVIL ACTION NO. 1:17-cv-1461 |
| v. | : |
| | :    (Judge Kane) |
| JOHN E. TORRES | : |
| Defendant | : |

## JOINT STATUS REPORT

**1.   Status of Discovery**

    1.1   Separately for each party, please give a statement summarizing the status of discovery:

        By plaintiff(s):

           Plaintiff's discovery is complete.

        By defendant(s):

           Defendant's discovery is believed to be complete.

**2.     Status of Pending Litigation**

From Plaintiff:

Plaintiffs and Defendant had been waiting on a ruling in a case relating to the Baltimore City Police Department and its obligation to indemnify officers before determining how to proceed with settlement discussions. Apparently, a ruling had been made in that case. Since learning of the existence of the ruling, Plaintiffs' Counsel has attempted to contact Defense Counsel to discuss the matter and obtain the name/ docket number of the case to review the ruling and determine its implications. No response has been received. Plaintiff will be requesting that the matter be listed for trial in January, 2020 rather than November, 2019. No further continuances will be requested by Plaintiffs.

From Defendant:

/s/ *Edward A. Paskey*
Edward A. Paskey, Esquire
PA Attorney ID No. 803041
2675 Eastern Boulevard
York, PA 17402
Phone: (717) 757-4565
Fax:    (717) 755-4708
Email: epaskey@yorklaw.com
Attorney for Plaintiffs

Date: 9/20/2019

Thurman W. Zollicoffer, Esquire
Nelson Mullins
100 South Charles Street
Suite 1600
Baltimore, MD 21202
Phone: 443-392-9400
tzollicoffer@nelsonmullins.com
*Attorneys for Defendant,*
*John E. Torres*