UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HOHMAN, SR., et al. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION No.: 1:17-cv-1461 |
| JOHN E. TORRES | * | **(JUDGE KANE)** |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

**1.    Status of Discovery**

    1.1    Separately for each party, please give a statement summarizing the status of discovery:

        By Plaintiff(s):  Plaintiff's Discovery is Complete

        By Defendant(s):  Defendant believes that its discovery is complete.

**2.    Status of Pending Litigation**

From Plaintiff:

Plaintiffs and Defendant are continuing to explore the possibility of settlement.

From Defendant:

Defendant has been negotiating with Plaintiff's counsel in an effort to avoid a trial. Defendant is currently incarcerated at the State Correctional Institution at Camp Hill. Due to the Global Pandemic Counsel has not had an opportunity to visit and has had all telephonic requests postponed by prison staff due to the facility having the status of "lock down".  A call to the facility as late as June 3, 2021 revealed that the facility is still on "lock down"  and the Defendant is still incarcerated.

_____
Thurman W. Zollicoffer, Jr.
(pro hoc vice pending)
Nelson Mullins Riley & Scarborough LLP
100 S. Charles Street
Suite 1600
Baltimore, Maryland 21201
443-392-9419 – (Telephone)
443-392-9499 – (Facsimile)
Thurman.zollicoffer@nelsonmullins.com

*Attorneys for Defendant*
*John E. Torres*

**/s/Edward A. Paskey**
_____
Edward A. Paskey (PA Atty ID 803041)
2675 Eastern Boulevard
York, Pennsylvania 17402
717-757-4565 – (Telephone)
717-755-4708 – (Facsimile)
Epaskey@yorklaw.com

*Attorney for Plaintiffs*