# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HOHMAN, SR., ET AL.** | : | |
| Plaintiffs | : | Civil Action No. 1:17-CV-1461 |
| | : | |
| Vs. | : | |
| | : | **JUDGE KANE** |
| **JOHN E. TORRES** | : | |
| Defendant | : | |

## 7th JOINT STATUS REPORT

1. **Status of Discovery**

    1.1 **Separately for each party, please give a statement summarizing the status of discovery:**

    **By Plaintiff(s):**

    Plaintiff's discovery is complete.

    **By Defendant(s):**

    Defendant's discovery is complete.

2. **Status of Pending Litigation**

    From Plaintiff:

    Plaintiffs and Defendant are continuing to explore the possibility of settlement.

    From Defendant:

    The Defendant is still incarcerated at Camp Hill Correctional Institution. Counsel has not had an opportunity to visit or speak to Mr. Torres since before the pandemic because of the lock down. Defendant and Plaintiff are exploring every option to resolve this matter.

Date: July 6, 2021                    /s/ Edward A. Paskey
                                      Edward A. Paskey, Esquire
                                      PA Attorney Id. 80304
                                      2675 Eastern Boulevard
                                      York, PA 17402
                                      Ph: (717)757-4565
                                      F: (717)755-4708
                                      Email: epaskey@yorklaw.com
                                      *Attorney for Plaintiffs*


Date: July 2, 2021                    [signature]
                                      Thurman W. Zollicoffer, Jr.
                                      (pro hac vice pending)
                                      Nelson Mullins Riley & Scarborough, LLP
                                      100 South Charles Street
                                      Suite 1600
                                      Baltimore, MD 21201
                                      Ph: 443-392-9419
                                      Fax: 443-392-9499
                                      Email: thurman.zollicoffer@nelsonmullins.com
                                      *Attorneys for Defendant*