UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HOHMAN, SR., ET AL. : | |
|     Plaintiffs : | Civil Action No. 1:17-CV-1461 |
| : | |
| vs. : | |
| : | JUDGE KANE |
| JOHN E. TORRES : | |
|     Defendant : | |

## 8th JOINT STATUS REPORT

1. **Status of Discovery**

    1.1 **Separately for each party, please give a statement summarizing the status of discovery:**

    **By Plaintiff(s):**

    Plaintiff's discovery is complete.

    **By Defendant(s):**

    Defendant's discovery is complete.

2. **Status of Pending Litigation**

    From Plaintiff:

    Plaintiffs and Defendant are continuing to explore the possibility of settlement.

    From Defendant:

    Defendant is still incarcerated and is still exploring opportunities to settle this matter with Plaintiffs

Date: August 4, 2021                                    */s/Edward A. Paskey*
                                                        Edward A. Paskey, Esquire
                                                        PA Attorney Id. 80304
                                                        2675 Eastern Boulevard
                                                        York, PA 17402
                                                        Ph: (717)757-4565
                                                        F: (717)755-4708
                                                        Email: epaskey@yorklaw.com
                                                        *Attorney for Plaintiffs*


Date: August 4, 2021                                    [signature]
                                                        Thurman W. Zollicoffer, Esquire (pro hac vice pending)
                                                        Nelson Mullins Riley & Scarborough, LLP
                                                        100 South Charles Street
                                                        Suite 1600
                                                        Baltimore, MD 21201
                                                        Ph: 443-392-9400
                                                        Fax: 443-392-9499
                                                        Email: thurman.zollicoffer@nelsonmullins.com
                                                        *Attorneys for Defendant*