UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HOHMAN, SR., ET AL.** | : | |
| Plaintiffs | : | Civil Action No. 1:17-CV-1461 |
| | : | |
| Vs. | : | |
| | : | **JUDGE KANE** |
| **JOHN E. TORRES** | : | |
| Defendant | : | |

**12th JOINT STATUS REPORT**

1. **Status of Discovery**

    1.1   Separately for each party, please give a statement summarizing the status of discovery:

    **By Plaintiff(s):**

    Plaintiff's discovery is complete.

    **By Defendant(s):**

    Defendant's discovery is complete.

2. **Status of Pending Litigation**

    From Plaintiff:

    The undersigned contacted Attorney Zollicoffer on November 3, 2021, November 9, 2021, and December 1, 2021 in an effort to try and resolve the case, now that Defendant is no longer incarcerated.  To date, we have not heard from Attorney Zollicoffer on whether his client is willing to accept the offer that was extended or on the approval of this 12th Joint Status Report..  The undersigned would like to request a Pre-Trial Conference.

From Defendant:

Date: 12/14/2021

*/s/Edward A. Paskey*
Edward A. Paskey, Esquire
PA Attorney Id. 80304
2675 Eastern Boulevard
York, PA 17402
Ph: (717)757-4565
F: (717)755-4708
Email: epaskey@yorklaw.com
*Attorney for Plaintiffs*

Date:

Thurman W. Zollicoffer, Esquire (pro hac vice pending)
Nelson Mullins Riley & Scarborough, LLP
100 South Charles Street
Suite 1600
Baltimore, MD 21201
Ph: 443-392-9400
Fax: 443-392-9499
Email: thurman.zollicoffer@nelsonmullins.com
*Attorneys for Defendant*