UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HOHMAN, SR., ET AL.** | : | |
| Plaintiffs | : | Civil Action No. 1:17-CV-1461 |
| | : | |
| Vs. | : | |
| | : | JUDGE KANE |
| **JOHN E. TORRES** | : | |
| Defendant | : | |

## 13th JOINT STATUS REPORT

**1. Status of Discovery**

    **1.1** Separately for each party, please give a statement summarizing the status of discovery:

        **By Plaintiff(s):**

        Plaintiff's discovery is complete.

        **By Defendant(s):**

        Defendant's discovery is complete.

2. **Status of Pending Litigation**

.
      Parties have come to a agreement to settle the claims. A settlement and release agreement has been drafted and is currently being reviewed by Attorney Zollicoffer for his approval before being facilitated to our clients for signature. We anticipate to have this agreement signed and the matter closed no later than April 1, 2022.

Date: 3/4/2022                    /s/ *Edward A. Paskey*
                                                     Edward A. Paskey, Esquire
                                                     PA Attorney Id. 80304
                                                     2675 Eastern Boulevard
                                                     York, PA 17402
                                                     Ph: (717)757-4565
                                                     F: (717)755-4708
                                                     Email: epaskey@yorklaw.com
                                                     *Attorney for Plaintiffs*

Date: 3/4/2022                    _____
                                                     Thurman W. Zollicoffer, Esquire (pro hac vice pending)
                                                     Nelson Mullins Riley & Scarborough, LLP
                                                     100 South Charles Street
                                                     Suite 1600
                                                     Baltimore, MD 21201
                                                     Ph: 443-392-9400
                                                     Fax: 443-392-9499
                                                     Email: thurman.zollicoffer@nelsonmullins.com

*Attorneys for Defendant*